Distr. Case No. 1:23-cv-01076-JLT
Bankr. Case No. 23-90010

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARIA LUZ NAVARRRO

Debtor.

SCENIC OAKS FUNDING, LLC

Appellant,

vs.

MARIA LUZ NAVARRO,

Appellee.

Appeal from an Order of the United States Bankruptcy Court
of the Eastern District of California, Christopher D. Jaime, Judge Presiding

## ORDER ON STIPULATION TO CONSOLIDATE RELATED APPEALS

**THE COURT:**

THE COURT having considered the Stipulation to Consolidate Related Appeals and with good cause appearing, IT IS HEREBY ORDERED:

1. The following appeals are consolidated for all purposes:

    a. 1:23-cv-01079-JLT Order Sustaining Objection to Claim of Scenic Oaks Funding

    b. 1:23-cv-01077-JLT Order Confirming Chapter 13 Plan

    c. 1:23-cv-01076-JLT Order Denying Motion of Scenic Oaks for Relief from Order Sustaining Objection to Claim

2. Case No. 1:23-cv-01076-JLT shall be the lead case and all further pleadings in this action are to be filed under that case number.

IT IS SO ORDERED.

Dated:  **August 29, 2023**

_____
UNITED STATES DISTRICT JUDGE