Distr. Case No. 1:23-cv-01076-JLT
Bankr. Case No. 23-90010

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARIA LUZ NAVARRRO

Debtor.

SCENIC OAKS FUNDING, LLC

Appellant,

vs.

MARIA LUZ NAVARRO,

Appellee.

Appeal from an Order of the United States Bankruptcy Court
of the Eastern District of California, Christopher D. Jaime, Judge Presiding

# ORDER DISMISSING APPEAL

**THE COURT:**

THE COURT having considered the Appellant's request for dismissal and with good cause appearing, IT IS HEREBY ORDERED:

1.      The instant appeal is hereby DISMISSED.

IT IS SO ORDERED.

Dated:    **November 16, 2023**

_____
UNITED STATES DISTRICT JUDGE